JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE JANAI GUTIERREZ MEZA<br>Plaintiff and Petitioner,<br><br>vs.<br><br>ACTING WARDEN et al,<br>Defendants and Respondents | 5:26-cv-04102-ACCV<br><br>**~~[PROPOSED]~~ ORDER RE REQUEST FOR DISMISSAL FOR LACK OF JURISDICTION** |

The Court has reviewed Petitioner's request for voluntary dismissal of the pending petition for a writ of habeas corpus and GRANTS the request. The petition for writ of habeas corpus is dismissed for lack of jurisdiction, without prejudice. The Clerk is directed to close this case.

Date: July 31, 2026

Hon. Angela C. C. Viramontes
United States Magistrate Judge